

**ORDERED in the Southern District of Florida on April 26, 2023.**

Robert A. Mark, Judge
United States Bankruptcy Court

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

*In re:*　　　　　　　　　　　　　　　　　　　CASE NO. 22-17590-RAM

　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13

ELREATA IYOKA WILLIAMS,

　　Debtor.
_____/

**AGREED ORDER
GRANTING IN PART DEBTOR'S OBJECTION TO CLAIM**

　　**THIS CASE** came before the Court for hearing on the Trustee's Consent Calendar on April 11, 2023 at 9:00am upon the Objection to Claim on Shortened Notice (DE 40) filed by the Debtor. Based on the agreement between the Debtor and U.S. Bank Trust National Association as Trustee of the Cabana Series III Trust ("Secured Creditor"), and based in the record, it is

　　**ORDERED:**

　　1.　　The Debtor's Objection to Claim on Shortened Notice is granted in part.

2. Secured Creditor shall separate and segregate $12,794.05 of the $79,621.25 pre-petition arrearage amount due, leaving a pre-petition arrearage of $66,827.20 to be paid through the Chapter 13 Plan in this case by the Debtor. The segregated pre-petition arrearage amount of $12,794.05 shall be waived by Secured Creditor only upon the issuance of the Debtor's Chapter 13 Discharge Order in this Bankruptcy case. Should the Debtor fail to receive their Chapter 13 Discharge for any reason, Secured Creditor shall not be prejudiced from seeking payment of the segregated pre-petition arrearage amount of $12,794.05.

###

Matthew B. Klein, Esq., Howard Law Group, 4755 Technology Way, Suite 104, Boca Raton, FL 33431; matthew@howardlaw.com is directed to serve copies of this Order on all parties listed below and file a certificate of service.

Copies furnished via CM/ECF to:

Louis Hernandez, Esq., 3785 NW 82nd Avenue, Suite 417, Miami, FL 33166
Nancy K. Neidich, www.ch13miami.com, POB 279806, Miramar, FL 33027
Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130

and a true and correct copy was sent via US Mail First Class to:
Elreata Iyoka Williams, 2774 NW 198th Terrace, Opa Locka, FL 33056